Commonwealth ex rel. Perry, Appellant, *v.* Myers.

Submitted December 10, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*John D. Perry,* appellant, in propria persona.

*Maurice L. Epstein,* District Attorney, for appellee.

OPINION PER CURIAM, March 19, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge CULLEN of the Court of Common Pleas of Bradford County, as reported in 29 Pa. D. & C. 2d 355.